IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR-15-11-H-CCL |
| Plaintiff, | |
| vs. | ORDER |
| RYAN SCOT FRANKFORTER, | |
| Defendant. | |

The United States Probation Office has submitted an amended petition seeking to amend the petition filed on August 24, 2020, by adding additional violations numbered five through nine to the four violations charged in the August 24, 2020, petition. Having reviewed the amended petition, the Court finds probable cause to believe Defendant Frankforter has violated the conditions of supervision as charged in the amended petition and supported by the affirmation by his supervising probation officer. Accordingly,

IT IS ORDERED that the clerk of court shall file the amended petition submitted to the Court on November 2, 2020.

Defendant Frankforter having been arrested and scheduled to appear before Magistrate Judge Johnston in connection with the August 24, 2020, petition on November 10, 2020, the Clerk is directed forthwith to notify counsel, the United States Probation Office, and Magistrate Judge Johnston of entry of this order.

Dated this 3rd day of November, 2020.

                                          */s/ Charles C. Lovell*
                                          CHARLES C. LOVELL
                                          SENIOR UNITED STATES DISTRICT JUDGE